**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1253**

---

PHILIP Y. HO,

                                        Plaintiff - Appellant,

        versus

TOGO D. WEST, JR.,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CA-99-529-3)

---

Submitted:  May 25, 2000                Decided:  June 2, 2000

---

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Philip Y. Ho, Appellant Pro Se.  Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Philip Y. Ho appeals from the district court's order granting summary judgment for Defendant in his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ho v. West, No. CA-99-529-3 (E.D. Va. Feb. 3 & 4, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED